UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIKA J. DANDRIDGE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:16-cv-486

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed an unopposed motion for allowance of attorney fees under the Equal Access to Justice Act (ECF No. 18). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 25, 2017, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 20) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for allowance of attorney fees under the Equal Access to Justice Act (ECF No. 18) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount of four thousand, one hundred dollars ($4,100.00).

Dated: May 10, 2017                                                          /s/ Janet T. Neff
                                                                                       JANET T. NEFF
                                                                                       United States District Judge